OCTOBER 28, 1958

**No. 62418.**—SUIT 4934.—United States v. P. John Hanrahan, Inc., Trans., and Wm. Bernstein Co., Inc.

C. D. 1900 reversed June 18, 1958. C. A. D. 684.

BEFORE THE FIRST DIVISION, OCTOBER 21, 1958

**No. 62419.**—B. R. Anderson & Co. and Hemphill Brothers, Inc., et al. v. United States, protests 248106–K, etc. (Seattle).

Opinion by MOLLISON, J. The protests were dismissed.

BEFORE THE FIRST DIVISION, NOVEMBER 3, 1958

**No. 62420.**—James G. Wiley and Arrow Sales, Inc. v. United States, protest 317112–K (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar to those the subject of Abstract 61383, the claim of the plaintiffs was sustained.